No. 391. Ex PARTE CARLOS BRUNET DEL VALLE, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial No. 2371 otorgada por la National Surety Company. Resuelto en junio 28, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

---

Nos. 949 Y 940. CLAUSELLS, APELADO, *v.* RAMÍREZ, APELANTE.—Apelaciones procedentes de la Corte de Distrito de Ponce. Mociones del apelante anunciando su intención de apelar para ante la Corte Suprema de los Estados Unidos contra la sentencia dictada por esta corte en dichos casos y pidiendo se comisione a uno de los jueces para actuar en este caso durante las vacaciones. Resueltos en junio 28, 1913. Denegadas ambas mociones por ser innecesario hacer dicha designación. Abogados del apelante: *Sres. Benito Forés y José de Diego.* Abogado del apelado: *Sr. José A. Poventud.*

---

No. 352. Ex PARTE IGNACIO CARBALLEIRA, NOTARIO PÚBLICO.—Aviso de la National Surety Company para que se dé por terminada la fianza notarial No. 1391 otorgada por dicha compañía en enero 24, 1912. Resuelto en julio 1, 1913, por resolución del Sr. Presidente sin intervención de los demás jueces, de acuerdo con la ley. Se da por terminada dicha fianza para tener efecto en agosto 30, 1913.